Form clsnodsc

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:   08–19365 TJC    Chapter:   7

Elaine M. Ferro
Debtor(s)

## NOTICE OF CHAPTER 7 CASE CLOSED
## WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge as Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

Dated: 11/14/08

Mark D. Sammons, Clerk of Court
by Deputy Clerk, D Constable 410–962–4394